In the Matter of CHARLES L. BROWN, Respondent, against TOWNS OF GATES AND CHILI, MONROE COUNTY, NEW YORK, Appellants.

Argued April 4, 1944; decided May 18, 1944.

*Eric P. Smith* for Town of Gates, appellant.

*Joseph Wm. Taylor* for Town of Chili, appellant.

*Francis C. Wickes* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.